IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00690-WYD-BNB

SHARON SMITH, individually, and as personal representative of the ESTATE OF RICHARD LEO THOMAS,

Plaintiff,

v.

MINNESOTA LIFE INSURANCE COMPANY,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Defendant's Motion for Leave to Add Counterclaim** (the "Motion"), filed on November 18, 2005.

  IT IS ORDERED that the Motion is DENIED for failure to comply with D.C.COLO.LRCivR 7.1(A).

  IT IS FURTHER ORDERED that plaintiff's response is STRICKEN for failure to comply with D.C.COLO.LRCivR 10.1(E).

  IT IS FURTHER ORDERED that the hearing set for December 16, 2005, is VACATED.

DATED: December 12, 2005