IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00690-WYD-BNB

SHARON SMITH, individually, and as personal representative of the ESTATE OF RICHARD LEO THOMAS,

Plaintiff,

v.

MINNESOTA LIFE INSURANCE COMPANY,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1)   **Defendant's Renewed Motion for Leave to Add Counterclaim** (the "Motion to Amend"), filed December 14, 2005;

(2)   Plaintiff's **Motion to Enlargement of Time to File Expert Disclosures** (the "Motion for Extension"), filed December 15, 2005; and

(3)   **Defendant's Motion to Strike Plaintiff's "Third Amended F.R.Civ.P 26(a)(2) Disclosures"** (the "Motion to Strike"), filed December 16, 2005.

I held a hearing on the motions on January 9, 2006, and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court shall accept for filing the Defendant's Counterclaim, submitted on November 18, 2005 (Doc. # 20). The plaintiff shall respond to the counterclaim within 10 days.

IT IS FURTHER ORDERED that the Motion for Extension is GRANTED.

IT IS FURTHER ORDERED that the Motion to Strike is DENIED.

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

**Discovery Cut-Off:**         **April 17, 2006**

(All discovery must be **completed** by the discovery cut-off.  All written discovery must be served so that responses are due on or before the discovery cut-off.)

**Dispositive Motions Deadline:**    **May 15, 2006**

**Expert Disclosures:**

**(a)**    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 31, 2006**

**(b)**    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 15, 2006**

**Final Pretrial Conference:**   The final pretrial conference set for May 2, 2006, at 9:30 a.m., is VACATED and RESET to **July 31, 2006, at 9:00 a.m.**  A proposed Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **July 24, 2006**.

Dated January 10, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge