IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-690-WYD-BNB

SHARON SMITH, Individually and as Personal Representative of the ESTATE OF RICHARD LEO THOMAS,

    Plaintiff,

v.

MINNESOTA LIFE INSURANCE COMPANY,

    Defendant.

___

### ORDER OF DISMISSAL
___

The parties filed a Stipulation for Dismissal with Prejudice [# 54] on April 20, 2006.  After a careful review of the Stipulation and the file, the Court concludes that the case should be dismissed with prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITH PREJUDICE**, each party to pay her or its own costs and attorney's fees.

Dated:  April 21, 2006

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          U. S. District Judge